KEITH H. RUTMAN (CSB #144175)
402 West Broadway, Suite 2010
San Diego, California 92101-8516
Telephone: (619) 237-9072
Facsimile: (760) 454-4372
email: krutman@krutmanlaw.com

Attorney for Plaintiff
IDA BLEICH

FILED

08 NOV 25 PM 3: 24

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IDA BLEICH,

    Plaintiff,

v.

EL CAJON POLICE OFFICER D. EHLERS, BASIL ABDULAHAD and DOES 1-20,

    Defendants.

Case No.

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

'08 CV 2189 H LSP

COMES NOW Plaintiff IDA BLEICH, by and through her attorney of record, and hereby alleges:

This lawsuit for money damages is brought pursuant to the provisions of 42 U.S.C. § 1983 for violations by Defendant El Cajon Police Officer D. EHLERS and DOES 1-10 for both of Plaintiff's constitutional rights under the Fourth Amendment to the U.S. Constitution and against BASIL ABDULAHAD and DOES 11-20 for an intentional tort, to wit, malicious prosecution.

## JURISDICTION

1. Federal jurisdiction is founded upon the existence of a federal question, the Civil Rights Act, 42 U.S.C. § 1983 and lies under 28 U.S.C. § 1331. The remaining claim(s) for relief arise under the supplemental jurisdiction of this Court and lie under 28 U.S.C. § 167.

## VENUE

2. Venue in the Southern District of California is proper because the injuries to Plaintiffs occurred herein and further because each of the Defendants reside in said district.

///



## PARTIES

3. Plaintiff IDA BLEICH (hereinafter "Plaintiff" or "BLEICH") at all material times mentioned herein is and was a citizen of the United States and the State of California and a resident of the County of San Diego, State of California. She is currently 60 years old.

4. At all material times mentioned herein, Defendants EL CAJON POLICE OFFICERS D. EHLERS (Id. 0254) (hereinafter "EHLERS") and DOES 1-10 were duly constituted law enforcement officers charged with administering and maintaining laws in the jurisdiction of the City of El Cajon and thus, as an El Cajon Police Officers were employees or agents of the City of El Cajon and in doing the acts hereinafter described acted within the course and scope of their employment. The acts of EHLERS and DOES 1-10 were also done under the color and pretense of the statutes, ordinances, regulations, customs and usages of the State of California and the City of El Cajon. Defendants EHLERS and DOES 1-10 are sued individually and in their capacity as peace officers for the City of El Cajon.

5. The true names and capacities, whether individual, corporate, associate or otherwise, of Defendants named herein as DOES 1-20 are unknown to Plaintiff, who therefore sues said Defendants by said fictitious names. Plaintiff will amend this complaint to show said Defendant's true names and capacities when the same have been ascertained. Plaintiffs are informed and believes and thereon allege that all Defendants sued herein as DOES are in some manner responsible for the acts and injuries alleged herein.

6. At al times mentioned herein, Plaintiff is informed and believes and therefore alleges that Defendant BASIL ABDULAHAD (hereinafter "ABDULAHAD") at all material times mentioned herein is and was a citizen of the United States and the State of California and a resident of the County of San Diego, State of California. ABDULAHAD's current age is unknown

7. The filing of an administrative claim pursuant to, inter alia, California Government Code §§ 905, 905.2 and 945.4 is not a prerequisite to bringing suit under 42 U.S.C. § 1983. Patsy v. Board of Regents, 457 U.S. 496 (1982); Heath v. Cleary, 708 F.2d 1376, 1378 (9th Cir. 1983).

2

**GENERAL ALLEGATIONS**

8. Prior to June 9, 2008, Plaintiff and BASIL ABDULAHAD worked together at the CVS pharmacy located in El Cajon, California. Plaintiff is a pharmacist and is BASIL ABDULAHAD's direct supervisor. For reasons unknown to Plaintiff, ABDULAHAD accused Plaintiff of leaving a message on his telephone on June 7, 2008 threatening his with, inter alia, death.

9. ABDULAHAD reported this alleged threat to Defendant EHLERS and allegedly played the recorded message for EHLERS. According to EHLERS' police report, ABDULAHAD positively identified the voice on the recording as that of the Plaintiff.

10. That same day, EHLERS personally arrested Plaintiff at her place of business on June 9, 2008 on charges of violating Penal Code § 422 (criminal threats) and Penal Code § 646.9 (stalking),, after notifying her supervisors at work of the allegations. EHLERS also cause to be issued an emergency restraining order which prevented Plaintiff from returning to work and further sought and obtained an ex parte judicial order increasing Plaintiff's bail above that set by the preapproved bail schedule.

11. Plaintiff was given a pat down search, handcuffed behind her back and placed me in the back of a patrol car. She was transported to the Las Colinas Women's Detention Facility in the City of Santee and booked on charges of violating Penal Code § 422 (criminal threats) and Penal Code § 646.9 (stalking), both felony charges. She posted a cash bail of $150,000 to secure her release.

12. On June 17, 2008, Plaintiff appeared for arraignment as dictated by the terms of her release; however, no charges had been filed by the San Diego District Attorney's Office at that time.

13. On June 23, 2008, Plaintiff re-appeared for arraignment, and entered a not guilty plea to two felony charges of violating Penal Code § 422 (criminal threats) and Penal Code 646.9 (stalking), as alleged in the criminal case entitled People of the State of California v. Ida Bleich, San Diego Superior Court Case No. CE281374.

14. On July 7, 2008, a preliminary hearing was held before the Honorable William J.

McGrath, a San Diego Superior Court Judge.

15. At the preliminary hearing, ABDULAHAD testified, contrary to his prior statements to Defendant EHLERS that he was "not 100 percent sure" that the voice on the tape recording was the voice of Ms. Bleich. The prosecution's second witness, Josephine Elaine Cavada, a co-worker at the CVS, testified she "did not recognize the voice" on the tape recording after it had been played in open court. Only Defendant EHLERS testified that Plaintiff's voice "sounded a little bit like the person that was on the recorder."

16. Also at the Preliminary Examination, Ms. Bleich's cell phone records were marked and moved into evidence. Both the defense and prosecution stipulated that "the cell phone records show there was no calls to the complaining witness in this case."

17. The Court also heard the recording of the telephone call. As the Court stated, "unless Ms. Bleich is the second coming of Rich Little , this is not her." Later, the Court stated that it was "prepared only to indicate today that I don't have a strong suspicion that this is her."

18. The voice on the tape appears to be a male calling and complaining that ABDULAHAD was in some way interacting with his girlfriend. Neither the text, the manner in which it was said, nor the information indicates that Plaintiff was involved in any way.

19. At the conclusion of that hearing, the Honorable William J. McGrath dismissed Counts 1 and 2 for insufficiency of evidence.

20. Plaintiff was detained and arrested without any reasonable suspicion or probable cause or any good faith/reasonably objective basis for believing she was subject to detention or arrest.

21. The Office of the San Diego County District Attorney has indicated, in writing, that "[b]ased on the current state of the evidence, it is not our intention to re-file the charges against your client."

22. At the time of her arrest, Plaintiff had a contract with the Sheriff's Department wherein she provides after hours pharmacy services to them. As a direct result of this arrest and prosecution, the contract was suspended for two months, causing her to suffer a significant loss of income. Moreover, Plaintiff was placed on administrative leave from CVS Pharmacy

because of this incident, also causing her to suffer a significant loss of income.

23. No reasonable cause existed prior to our at the time of her arrest to believe that Plaintiff committed the acts for which she was arrested, charged and prosecuted.

24. No reasonable officer in the possession of the information known to EHLERS and DOES 1-10 would have believed that Plaintiff was subject to detention or arrest.

25. At no time herein did Plaintiff commit any illegal acts or otherwise engage in conduct which in any way justified the actions of EHLERS and DOES 1-10.

## FIRST CLAIM FOR RELIEF
## 42 U.S.C. § 1983
## (WARRANTLESS SEIZURE)
## DEFENDANT OFFICER EHLERS AND DOES 1-10 ONLY

26. Plaintiff refers to and incorporates by reference Paragraphs 1 through 25 as though fully set forth herein.

27. In committing the acts alleged herein, Defendants EHLERS and DOES 1-10 violated, without probable cause, consent, exigent circumstances or other defense, Plaintiffs' clearly established constitutional right under the Fourth Amendment to the United States Constitution to be secure in her person from unreasonable government intrusion, including detention or arrest. These rights were clearly established at the time. For these reasons, Plaintiff is entitled to seek damages pursuant to Title 42 U.S.C. §1983, et seq.

28. A reasonably prudent officer would have known that Plaintiff was not subject to detention or arrest.

29. By reason of the acts alleged above, Plaintiff did sustain great emotional distress and shock and injury to her person and nervous system, all to Plaintiff's damages in an amount to be proven at trial.

30. As a direct and proximate result of the acts and omissions alleged herein, Plaintiff is entitled to general and special damages from Defendants EHLERS and DOES 1-10 in an amount to be proven at trial.

31. In doing the acts alleged herein Defendants EHLERS and DOES 1-10 acted maliciously and with reckless and callous disregard for the rights and feelings of Plaintiff and

by reason thereof Plaintiff demands exemplary and punitive damages in an amount to be proven at trial.

### SECOND CLAIM FOR RELIEF
### (MALICIOUS PROSECUTION)
### DEFENDANT BASIL ABDULAHAD AND DOES 11-20 ONLY

32. Plaintiff refers to and incorporates by reference Paragraphs 1 through 25 as though fully set forth herein.

33. Plaintiff is informed and believes and therefore alleges that the criminal action entitled People of the State of California v. Ida Bleich, San Diego Superior Court Case No. CE281374 was commenced at the request and direction of defendants ABDULAHAD and DOES 11-20, was pursued to a legal termination in plaintiff's favor, was brought without probable cause, and was initiated with malice.

34. By reason of the acts alleged above, Plaintiff did sustain great emotional distress and shock and injury to her person and nervous system, all to Plaintiff's damages in an amount to be proven at trial.

35. As a direct and proximate result of the acts and omissions alleged herein, Plaintiff is entitled to general and special damages from Defendant ABDULAHAD and DOES 11-20 in an amount to be proven at trial.

36. In doing the acts alleged herein Defendant ABDULAHAD and DOES 11-20 acted maliciously and with reckless and callous disregard for the rights and feelings of Plaintiff and by reason thereof Plaintiff demands exemplary and punitive damages in an amount to be proven at trial.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

1. For general and compensatory damages against Defendants and each of them in an amount to be proven at trial;

2. For exemplary and punitive damages against Defendants and each of them in an amount to be proven at trial;

3. For costs of suit herein, including reasonable attorneys fees pursuant to 42 U.S.C. §

1. 1988, to the extent allowed by law; and
2. 4. For such other and further relief as the Court deems proper.

### DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a jury trial on all causes of action.

Respectfully Submitted,

Dated: November 25, 2008

s/ Keith H. Rutman
KEITH H. RUTMAN
Attorney for Plaintiff
Email: krutman@krutmanlaw.com

# CIVIL COVER SHEET

JS 44 (Rev. 12/07)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
IDA BLEICH

**DEFENDANTS**
EL CAJON POLICE DEPT. OFFICERS and BASIL ABDULAHAD

(b) County of Residence of First Listed Plaintiff: **SAN DIEGO**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **SAN DIEGO**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Keith H. Rutman, 402 W. Broadway, Suite 2010 San Diego, CA. 92101-8516; (619) 237-9072

Attorneys (If Known)
'08 CV 2189 H LSP

FILED 08 NOV 25 PM 3:23
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☒ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 USC SECTION 1983
Brief description of cause:
WARRANTLESS SEIZURE, MALICIOUS PROSECUTION

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE ___  DOCKET NUMBER ___

DATE: 11/25/2008
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**
RECEIPT # 157422  AMOUNT $350  APPLYING IFP ___  JUDGE ___  MAG. JUDGE ___
JAC 11/25/08

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 157422      — TC

November 25, 2008
15:20:25

Civ Fil Non-Pris
USAO #.: 08CV2189
Judge..: MARILYN L. HUFF
Amount.:                $350.00 CK
Check#.: 73955


Total-> $350.00


FROM: BLEICH
      VS
      EL CAJON POLICE