EJ-100

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*
After recording return to:

Carrie L. Mitchell SBN 221845
McDougal, Love, Eckis, Boehmer & Foley
8100 La Mesa Blvd., Suite 200
La Mesa, California 91942

TELEPHONE NO.: (619) 440-4444
FAX NO. *(Optional)*: (619) 440-4907
E-MAIL ADDRESS *(Optional)*: cmitchell@mcdougallove.com
ATTORNEY FOR *(Name)*: El Cajon Police Officer D. Ehlers

THE ORIGINAL OF THIS DOCUMENT
WAS RECORDED ON JUL 29, 2011
DOCUMENT NUMBER 2011-0386842
Ernest J. Dronenburg, Jr., COUNTY RECORDER
SAN DIEGO COUNTY RECORDER'S OFFICE
TIME: 11:00 AM

United States District Court
Southern District

**FOR RECORDER'S OR SECRETARY OF STATE'S USE ONLY**

PLAINTIFF: Ida Bleich

DEFENDANT: El Cajon Police Officer D. Ehlers, et al.

CASE NUMBER: 08-CV-2189 H WVG

**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**
[✓] FULL   [ ] PARTIAL   [ ] MATURED INSTALLMENT

**FOR COURT USE ONLY**

1. Satisfaction of the judgment is acknowledged as follows:
   a. [✓] Full satisfaction
      (1) [✓] Judgment is satisfied in full.
      (2) [ ] The judgment creditor has accepted payment or performance other than that specified in the judgment in full satisfaction of the judgment.
   b. [ ] Partial satisfaction
      The amount received in partial satisfaction of the judgment is $
   c. [ ] Matured installment
      All matured installments under the installment judgment have been satisfied as of *(date)*:

2. Full name and address of judgment creditor:*
   El Cajon Police Officer D. Ehlers
   200 Civic Center Way, El Cajon, CA 92020

3. Full name and address of assignee of record, if any:

4. Full name and address of judgment debtor being fully or partially released:*
   Ida Bleich c/o Keith Rutman, Esq., 402 West Broadway, Suite 2010, San Diego, CA 92101
   1529 Burnell Lane, El Cajon, CA 92019

5. a. Judgment entered on *(date)*: 8/4/2010
   b. [ ] Renewal entered on *(date)*:

6. [✓] An [ ] abstract of judgment [✓] certified copy of the judgment has been recorded as follows *(complete all information for each county where recorded)*:

| COUNTY | DATE OF RECORDING | INSTRUMENT NUMBER |
|---|---|---|
| San Diego | May 18, 2011 | 2011-0257698 |

7. [ ] A notice of judgment lien has been filed in the office of the Secretary of State as file number *(specify)*:

**NOTICE TO JUDGMENT DEBTOR:** If this is an acknowledgment of full satisfaction of judgment, it will have to be recorded in each county shown in item 6 above, if any, in order to release the judgment lien, and will have to be filed in the office of the Secretary of State to terminate any judgment lien on personal property.

Date: July 28, 2011

▶ *(signature)*
(SIGNATURE OF JUDGMENT CREDITOR OR ASSIGNEE OF CREDITOR OR ATTORNEY**)
Carrie L. Mitchell

Page 1 of 1

*The names of the judgment creditor and judgment debtor must be stated as shown in any Abstract of Judgment which was recorded and is being released by this satisfaction. ** A separate notary acknowledgment must be attached for each signature.

Code of Civil Procedure, §§ 724.060, 724.120, 724.250

Form Approved for Optional Use
Judicial Council of California
EJ-100 [Rev. January 1, 2005]

**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of San Diego

On July 28, 2011 before me, Thomas R. Schlesinger, Notary Public,
personally appeared Carrie L. Mitchell

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

[Notary Seal: THOMAS R. SCHLESINGER, Commission # 1804116, Notary Public - California, San Diego County, My Comm. Expires Jun 25, 2012]

Place Notary Seal Above

---------- OPTIONAL ----------

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: Acknowledgment of Satisfaction of Judgment (Full)

Document Date: 7/28/11    Number of Pages: One (1)

Signer(s) Other Than Named Above: None

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: Carrie L. Mitchell
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited  ☐ General
- ☒ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer Is Representing: City of El Cajon

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited  ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827

1  ***Ida Bleich v. El Cajon Police Department Officer D. Ehlers, et al.***
   United States District Court, Southern District of California, Case No. 08-cv-2189 H
2  WVG

3  **PROOF OF SERVICE**

4       I, the undersigned, say:  I am over 18 years of age, employed in the County of
   San Diego, California, in which the within-mentioned service occurred; and that I am not
5  a party to the subject cause.  My business address is 8100 La Mesa Blvd., Suite 200,
   La Mesa, California 91942.  On August 1, 2011, I served the within documents:
6
              **ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**
7

8  ( X )   **BY ELECTRONIC FILING**.  I caused all of the pages of the above-entitled
           document(s) to be electronically filed and served on designated recipients
9          through the Electronic Case Filing system for the above-entitled case.  The file
           transmission was reported as successful and a copy of the Electronic Case Filing
10         Receipt will be maintained with the original document(s) in our office.

11 (  )    **BY U.S. MAIL**.  I am familiar with this firm's practice of collection and processing
           correspondence for mailing with he U.S. Postal Service, and that said
12         document(s) were deposited with the U.S. Postal Service this same day in the
           ordinary course of business to the addressee(s) as noted below.

13
              Keith H. Rutman, Esq.
14            402 W. Broadway, Ste. 2010
              San Diego, CA 92101-8516
15            Tel: 619.237.9072 / Fax: (760) 454-4372

              Basil Abdulahad
16            1065 E. Washington Avenue #J
              El Cajon, CA 92020
17
        I declare that I am employed in the office of a member of the bar of this court
18 whose direction the service was made.

19      I declare, under the penalty of perjury, under the laws of the United States of
   America, that the foregoing is true and correct.

20      Executed on August 1, 2011, La Mesa, California.

21                                          /s/ *Carrie L. Mitchell*

22                                          Carrie L. Mitchell, Esq.
                                            McDougal Love Eckis, Boehmer &
23                                          Foley
                                            8100 La Mesa Blvd., Suite 200
24                                          La Mesa, CA 92020
                                            Tel: 619.440.4444
25                                          Fax: 619.440-4907
                                            Email: cmitchell@mclex.com
26

27
                                    1
28

**PROOF OF SERVICE**